UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 28 2022

Nathan Ochsner, Clerk of Court

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| JUSTIN ALEXANDER BELL | § § | C 22-669 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about January 6, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $93.70, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

#### COUNT TWO

On or about January 10, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $129.40, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT THREE

On or about January 15, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $275.75, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT FOUR

On or about January 18, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $107.90, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT FIVE

On or about January 19, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $76.20, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT SIX

On or about January 22, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $209.42, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT SEVEN

On or about January 24, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $241.97, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

COUNT EIGHT

On or about January 29, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $181.24, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

COUNT NINE

On or about January 31, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $184.80, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

COUNT TEN

On or about February 12, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $254.00, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT ELEVEN

On or about February 15, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $212.10, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT TWELVE

On or about March 16, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $225.60, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT THIRTEEN

On or about April 7, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $367.70, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT FOURTEEN

On or about April 23, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $225.00, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT FIFTEEN

On or about April 26, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $157.50, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT SIXTEEN

On or about May 9, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $45.00, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

## COUNT SEVENTEEN

On or about May 12, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUSTIN ALEXANDER BELL,

unlawfully, willfully, and knowingly did steal, purloin, and convert to his own use or the use of others, property and things of value, to wit: copper wire worth approximately $120.60, all of which belonged to the United States.

In violation of Title 18 United States Code, Sections 641.

A TRUE BILL:

<u>ORIGINAL SIGNATURE ON FILE</u>

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *[signature]*
J. PARKER GOCHENOUR
Assistant United States Attorney